**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

FERNANDO BELMONTES,
        *Petitioner-Appellant,*

v.

ROBERT WONG, for the California
State Prison at San Quentin,
        *Respondent-Appellee.*

No. 01-99018

D.C. No.
CV-89-00736-DFL
Eastern District
of California,
Sacramento

ORDER

Appeal from the United States District Court
for the Eastern District of California
David F. Levi, District Judge, Presiding

On Remand From The United States Supreme Court

Filed June 16, 2010

Before: Stephen Reinhardt, Diarmuid F. O'Scannlain and
Richard A. Paez, Circuit Judges.

---

**ORDER**

We have reviewed the briefs filed by the parties following
the Supreme Court's issuance of its opinion dated November
16, 2009 in *Wong v. Belmontes*. In light of that opinion, we
are compelled to affirm the district court's order denying the
writ of habeas corpus.

AFFIRMED.